**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                    :
          JOSEPH GRASSO
                                     :          CA 12-4582

                                     :

## N O T I C E

The record on appeal from the Bankruptcy Court in the above captioned case was entered on

the docket in this office on August 13, 2012 and has been assigned to the Honorable Cynthia M. Rufe.

The following is the schedule for filing briefs with this office:

(1)  The Appellant shall serve and file his brief within 15 days after entry of the appeal on the docket.

(2)  The Appellee shall serve and file his brief within 15 days after service of the brief of the Appellant.

(3)  The Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

MICHAEL E. KUNZ
Clerk of Court

By: /s/ Michael G Mani
Michael G Mani , Deputy Clerk

cc:          Paul J. Winterhalter, Esq., Dimitri L. Karapelou, Esq., Roger Jones, Esq., Timothy B. McGrath, Dave P. Adams, Esq.,