IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN THE MATTER OF: | : | CIVIL ACTION |
| JOSEPH GRASSO, | : | |
| Debtor. | : | NO. 12-4582 |
| | : | |

## ORDER

**AND NOW**, this 29th day of April 2013, upon consideration of the Stipulation of Dismissal filed by the parties (Doc. No. 13), it is hereby **ORDERED** that the above-captioned matter is **DISMISSED** pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) and Local Rule 41.1(b) with each party to bear its own costs.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**